PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Miguel Angel Guzman            **Docket Number:** 09-00326-001
                                                                                               **PACTS Number:** 33493

**Name of Sentencing Judicial Officer:** Honorable Walter H. Rice, Southern District of Ohio

**Name of Newly Assigned Judicial Officer:** Honorable Dickinson R. Debevoise

**Date of Original Sentence:** 05/20/2003

**Original Offenses:** Count 1: Conspiracy to Possess with Intent to Distribute and Distribute In Excess of 5 Kilograms of Cocaine. Count 2: Interstate Travel in the Aid of an Unlawful Activity.

**Original Sentence:** 210 months imprisonment followed by three years supervised release on Count 1 and 60 months imprisonment followed by three years supervised release on Count 2. $200 special assessment. Special conditions: 1) seek and maintain employment; 2) 150 hours community service; 3) drug testing and treatment.

**Amended Sentence:** 06/28/2004 - 78 months imprisonment followed by five years supervised release on Count 1; concurrent to 60 months imprisonment followed by three years supervised release on Count 2. Special conditions remain the same.

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 02/01/08

**Assistant U.S. Attorney:** To be assigned., 970 Broad Street, Room 502 Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** To be assigned., 1002 Broad Street, Newark, New Jersey 07102
(973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

1.                 The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.'

                 On January 20, 2011, Guzman was arrested by the New York City Special Narcotics Unit of the District Attorney's Office and charged with the following

PROB 12C - Page 2
Miguel Angel Guzman

    drug offenses: Criminal Sale of a Controlled Dangerous Substance (CDS) (6 counts); Criminal Sale of CDS on School Property (5 counts); Intent to Sell CDS; and, Criminal Possession Narcotic Drug. Bail is set at $1 million and he is currently detained in the New York City Department of Corrections facility Riker's Island.

2.   The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

    On 12/09/2008 and 09/09/2009 Guzman submitted urine specimens which were confirmed by the National Testing Lab as positive for the presence of marijuana (specimen #C01147193 and specimen #C01012178, respectively).

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 2/3/11

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Feb-4, 2011
Date